# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL J. PENDLETON, | : | No. 21 WM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for Exercise of King's Bench Jurisdiction and/or Mandamus/Extraordinary Jurisdiction, the Application for an Immediate Hearing, and the Application for Leave to File Post-Submission Communication are **DENIED**.